**It is so ORDERED.**
**Case dismissed without prejudice.**
*/s/ John R. Adams*
**U.S. District Judge**
**11/15/21**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **KEVIN LOOMAN,** | ) CASE NO.: 5:21-cv-01766 |
| Plaintiff, | ) |
| v. | ) JUDGE JOHN R. ADAMS |
| **S.A. COMUNALE CO., INC.** | ) |
| Defendant. | ) **NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Kevin Looman, by and through counsel, hereby dismisses this action without prejudice.

Respectfully submitted,

*/s/ Christopher J. Lalak*
**NILGES DRAHER LLC**
Christopher J. Lalak (0090079)
1360 East Ninth Street
Suite 808
Cleveland, Ohio 44114
Telephone 216.230.2955
Email: clalak@ohlaborlaw.com

*Counsel for Plaintiff*